## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| SEAN MCKELVIE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | No. 4:26-cv-00879 |
| | ) | |
| THE WASHINGTON UNIVERSITY | ) | Judge Joshua M. Divine |
| d/b/a WASHINGTON UNIVERSITY | ) | |
| IN ST. LOUIS, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATION REGARDING GENERATIVE ARTIFICIAL INTELLIGENCE

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Joshua M. Divine, United States District Judge for the Eastern and Western Districts of Missouri.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be fully checked for accuracy by a human being using print reporters or traditional legal databases before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

1

Dated:  June 26, 2026

Respectfully Submitted,

*/s/ Bradley St. Angelo*
Bradley St. Angelo, Esq. 36948(LA)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: bstangelo@sessions.legal

*Counsel for Defendant,*
*The Washington University d/b/a*
*Washington University in St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record.

Brian D. Flick (OH 0081605)
Brent S. Snyder (TN 021700)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539
notices@dannlaw.com
bflick@dannlaw.com
*Attorneys for Plaintiff*

*/s/ Bradley St. Angelo*
Bradley St. Angelo, Esq.

2