**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **SEAN MCKELVIE,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 4:26-cv-00879-JMD** |
| **THE WASHINGTON UNIVERSITY d/b/a WASHINGTON UNIVERSITY IN ST. LOUIS,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF NO OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

PLEASE TAKE NOTICE that, Defendant, The Washington University of St. Louis, d/b/a Washington University in St. Louis ("Defendant"), by and through its undersigned counsel, does not oppose Plaintiff's motion for leave to amend the Complaint (Doc.39).

Dated: September 3, 2026

Respectfully Submitted,

*/s/ Justin H. Homes*

Justin H. Homes, Esq. 24460(LA)
Bradley St. Angelo, Esq. 36948(LA)
Sessions, Israel & Shartle, LLC
3838 N. Causeway Blvd., Suite 2800
Metairie, LA 70002
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
Email: jhomes@sessions.legal
Email: bstangelo@sessions.legal

*Counsel for Defendant,*
*The Washington University d/b/a Washington University in St. Louis*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record.

Brian D. Flick (OH 0081605)
Brent S. Snyder (TN 021700)
DannLaw
15000 Madison Avenue
Lakewood, OH 44107
(216) 373-0539
notices@dannlaw.com
bflick@dannlaw.com
*Attorneys for Plaintiff*

*/s/ Justin H. Homes*
Justin H. Homes, Esq.